IN RE:  **Daniel Joseph Lachney, III**                                          **CASE NO.: 10-80011**
            **Kayla Lachney**

**FIFTH MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

I.      Debtors propose to pay by direct pay into the Chapter 13 Plan total payments of $7,280 in the first eleven (11) months, then monthly payments of $1,290 (beginning January, 2011) for two (2) months, then monthly payments of $1,460 (beginning March, 2011) for forty-seven (47) months, for a total of sixty (60) months.

II.     Claims to be paid directly by debtor.              **Estimated Balance Due**          **Monthly Payment**
        **Jim Walter Homes**                                    **$107,000.00**                            **$946.00**
        **collateral - Residence**

        **Automotive Leasing Specialists**
        **2001 Ford (leased vehicle)**              **The debtors will: 1) accept this lease; 2) acknowledge that this lease is an executory contract; 3) pay in accordance with the terms of the lease, and; 4) provide counsel for ALS proof of insurance by 5:00 p.m. on Friday, March 12, 2010.**
                                                    **The arrearage of $642.23 shall be paid immediately and the debtors shall pay the residual balance of approximately $2,243 shall be paid in monthly installments of $541.81.**

III.    Claims to be paid by Trustee.

        **A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $2,864, plus $650 in connection with this modification and the response to the Motion to Lift Stay filed by Jim Walter Homes.  The Trustee shall receive fees of approximately 10% of plan payments.

        **B. SECURED CLAIMS.**  Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

        **1.  Real Property:**

                Jim Walter Homes; collateral - Residence; pre-petition arrearage in the amount of $1,157.93 (for the months stated in the proof of claim), post-petition arrearage in the amount of $4,735.23 (for April - August 2010), post-petition arrearage in the amount of $5,149.72 (for September - December, 2010 and force-placed insurance) and fees and costs of $550.

        **2.  Personal Property:**

                Harrison Finance: collateral - Camper; estimated secured claim of $7,553.59 to be paid with interest at 9%.

                Reliable Finance Services: collateral - 2005 Nissan Maxima and 1999 Chevrolet Express Van; estimated secured claim of $11,313.69 to be paid with interest at 9%.

                Security Metal Roofing: collateral - Metal Roof; estimated secured claim of $9,058.70 to be paid with interest at 9%.

                The Money Shack: collateral - 2004 Ford F-150 and 2008 Arctic Cat ATV; estimated secured claim of $11,034.23 to be paid with interest at 9%.  The Money Shack shall receive adequate protection payments of $115, beginning with month one (1), until attorney's fees are paid in full.  The Money Shack shall also be paid $1,025 for attorney's fees and costs.

                Reliable Finance Services: collateral - 1999 Ford and 1999 Chevrolet Van; estimated secured claim in the amount of $6,055.88 to be paid with interest at 9%.

        **C. PRIORITY OR SPECIAL CLASS CLAIMS.**  After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

                LA Dept of Revenue                           $690.43

        **D. GENERAL UNSECURED CLAIMS.**  Unless specifically listed above, all other claims will be treated as General Unsecured Claims, and will receive a minimum of 0% of their claims.

| Account Control Bureau | $ | 193 | Account Control Bureau | $ | 44 |
|---|---|---|---|---|---|
| Afni, Inc. | $ | 685 | Afni, Inc. | $ | 123 |
| Aplat Company, Inc. | $ | 3,127 | CAC Financial Corp. | $ | 428 |
| CBCS | $ | 265 | Cleco | $ | 2,629 |
| CMRE | $ | 339 | Collection | $ | 107 |
| Credit Bureau of Greater Shreveport | $ | 77 | Credit Bureau Services | $ | 483 |
| Credit Protection Association | $ | 503 | First Revenue Assurance | $ | 686 |
| Fun Time RV Center | $ | 6,027 | General Collections & Recoveries | $ | 409 |
| General Collections & Recoveries | $ | 1,995 | IC System Inc. | $ | 479 |

| | | | | |
|---|---|---|---|---|
| Jgraham Associates | $ 993 | National Recovery Agency | $ 31 |
| NCO Financial | $ 213 | NCO-Medlcr | $ 2,344 |
| NCO - Medlcr | $ 1,175 | NCO - Medlcr | $ 324 |
| NCO - Medlcr | $ 253 | Nuvell Credit | $ 9,857 |
| Southern Credit Recovery | $ 142 | Telerecovery | $ 258 |
| Tower Loan | $ 3,079 | Asset Acceptance | $ 916 |
| Cleco | $ 344 | LA Dept of Revenue | $ 219 |

IV.     **TAX PLEDGE.**  In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2009, 2010 and 2011 tax years.

Respectfully submitted this 30th day of December, 2010.

**MCBRIDE & COLLIER**

 /s/Thomas C. McBride
THOMAS C. MCBRIDE,  # 9210
VIRGINIA W. BROWN,  #2194
301 Jackson Street, Suite 101
Alexandria, LA  71301
Phone: (318) 445-8800