IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:
DANIEL JOSEPH LACHNEY, III.
KAYLA LACHNEY
DEBTOR(S)

10-80011
Chapter 13

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN

NOW INTO COURT comes Jon C. Thornburg., Chapter 13 Standing Trustee who objects to the confirmation of the above debtors to be heard on JUNE 9, 2011, in that:

1. Modified Plan fails to address the claim of Aaron's for $458.46.
2. Debtors are not paying in accordance with the modified plan in that Debtors have failed to make their May, 2011 plan payment.

WHEREFORE, the Trustee moves this Court for an Order denying confirmation of the plan, and granting the debtors a reasonable period of time to submit an amended plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 2nd day of JUNE 2011.

JON C. THORNBURG.
CHAPTER 13 STANDING TRUSTEE

*Gregory A. Burrell*
Jon C. Thornburg., Trustee
Gregory Burrell, Staff Attorney (Bar Roll #30867)
Post Office Box 1991
Alexandria, Louisiana 71309-1991
(318) 448-1306

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the debtor(s) attorney by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

DANIEL JOSEPH LACHNEY, III.
KAYLA LACHNEY
P.O. BOX 890
MARKSVILLE, LA 71351

THOMAS C. MCBRIDE
ATTORNEY AT LAW
301 JACKSON STREET, STE. 101
ALEXANDRIA, LA 71301

Alexandria, Louisiana, this 2nd day of JUNE 2011.   By: *Sonya Lipscomb*